UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHUCK LAM LAU,

                        Plaintiff,

    -against-

UNITED STATES CITIZENSHIP
and IMMIGRATION SERVICES, et al.,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
09-CV-2138 (JG)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JUL 1 4 2009 ★

P.M. _____
TIME A.M. _____

        An Order of Honorable John Gleeson, United States District Judge, having been filed on July 8, 2009, dismissing the complaint with prejudice and without costs or attorney's fees to any party subject to the United States Citizenship and Immigration Services (USCIS), issuing plaintiff proof of lawful permanent residence status, reflecting the status of the action commenced on October 18, 1997; it is

        ORDERED and ADJUDGED that the complaint is dismissed with prejudice and without costs or attorney's fees to any party subject to the United States Citizenship and Immigration Services (USCIS), issuing plaintiff proof of lawful permanent residence status, reflecting the status of the action commenced on October 18, 1997.

Dated: Brooklyn, New York
        July 14, 2009

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court

                                                    By s/Terry Vaughn
                                                        Chief Deputy